# United States District Court

WESTERN DISTRICT OF WASHINGTON

NICKOLE LOPEZ,

        Plaintiff,

        v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5724JKA

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

√   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED

   Court REMANDS the Social Security Administration's decision for further consideration.


June 1, 2009                                               BRUCE RIFKIN
Date                                                             District Court Executive


                                                                                        s/Kelly A Miller
                                                                                       By Kelly A Miller, Deputy Clerk